JOHN W. HUBER, United States Attorney (#7226)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270
Email: paul.kohler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | FELONY INDICTMENT |
|---|---|---|
| Plaintiff, | : | Case No. |
| v. | : | 18 U.S.C. § 844(e), |
| MICHAEL SHERMAN MORLANG, | : | EXPLOSIVE MATERIALS: MALICIOUSLY CONVEYING FALSE INFORMATION |
| Defendant. | : | Case: 2:15-cr-00683<br>Assigned To : Stewart, Ted<br>Assign. Date : 11/18/2015<br>Description: USA v. |

The Grand Jury charges:

### COUNT I

On or about September 17 2015, in the Central Division of the District of Utah,

**MICHAEL SHERMAN MORLANG,**

defendant herein, through the use of a telephone and other instruments of interstate and

foreign commerce, maliciously conveyed false information knowing the same to be false,

concerning an attempt being made unlawfully to damage and destroy a building, by of fire and an explosive, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(e).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

*/s/ [signature]*
PAUL KOHLER
Assistant United States Attorney